

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08-cr-189-MHT |
| | ) | [18 USC 922(g)(1); |
| BRADLEY WAYNE STOKES | ) | 18 USC 922(k); |
| | ) | 18 USC 922(j)] |
| | ) | |
| | ) | SUPERSEDING INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about April 29, 2008, in Russell County, within the Middle District of Alabama,

BRADLEY WAYNE STOKES,

defendant herein, having been convicted of the following felony offense, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

> September 8, 2003, Possession of Marijuana 1st Degree, case number CC 2003-000389, in the Circuit Court of Russell County, Alabama;

did knowingly possess in and affecting commerce a firearm, to-wit: a Kel Tec, Model P11, 9 mm pistol, a better descriptions of which is unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about April 29, 2008, in Russell County, within the Middle District of Alabama,

BRADLEY WAYNE STOKES,

defendant herein, knowingly possessed a firearm, to wit: a Kel Tec, Model P11, 9 mm pistol, a

better description of which is unknown to the grand jury, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated, in violation of Title 18, United States Code, Sections 922(k).

## COUNT 3

On or about April 29, 2008, in Russell County, within the Middle District of Alabama,

BRADLEY WAYNE STOKES,

defendant herein, knowingly possessed a stolen firearm, that is, a Kel Tec, Model P11, 9 mm pistol, a better description of which is unknown to the grand jury, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j).

## COUNT 4

On or about May 2, 2008, in Russell County, within the Middle District of Alabama,

BRADLEY WAYNE STOKES,

defendant herein, having been convicted of the following felony offense, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

> September 8, 2003, Possession of Marijuana 1st Degree, case number CC 2003-000389, in the Circuit Court of Russell County, Alabama;

did knowingly possess in and affecting commerce a firearm and ammunition, to-wit:

> 1) a Norinco, model SKS, 7.62 x 39 mm rifle;
>
> 2) approximately twenty (20) live rounds of Hornady 9 mm ammunition;
>
> 3) approximately one hundred fifty-seven (157) live rounds of Winchester 9 mm ammunition;
>
> 4) approximately sixty-six (66) live rounds of Wolf 7.62 x 39 mm ammunition,

better descriptions of which are unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

On or about October 16, 2008, in Russell County, within the Middle District of Alabama,

BRADLEY WAYNE STOKES,

defendant herein, having been convicted of the following felony offense, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

> September 8, 2003, Possession of Marijuana 1st Degree, case number CC 2003-000389, in the Circuit Court of Russell County, Alabama;

did knowingly possess in and affecting commerce a firearm and ammunition, to-wit:

> 1) an Ithaca, Model 37, 12 gauge shotgun;
>
> 2) approximately twenty-two (22) live rounds of Winchester 12 gauge ammunition;
>
> 3) approximately seventeen (17) live rounds of Remington 12 gauge ammunition;
>
> 4) approximately six (6) live rounds of Federal 12 gauge ammunition; and
>
> 5) approximately one (1) live round of Sellier & Bellot 12 gauge ammunition,

better descriptions of which are unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. The allegations contained in Counts 1 through 5 of this superseding indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

B. Upon conviction of the offenses in violation of Title 18, United States Code, Section

922(g)(1), set forth in Counts 4 and 5 of this superseding indictment, the defendant,

BRADLEY WAYNE STOKES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

    (1)    a Norinco, Model SKS, 7.62 x 39 mm rifle;

    (2)    an Ithaca, Model 37, 12 gauge shotgun;

    (3)    twenty (20) live rounds of Hornady 9 mm ammunition;

    (4)    one hundred fifty-seven (157) live rounds of Winchester 9 mm ammunition;

    (5)    sixty-six (66) live rounds of Wolf 7.62 x 39 mm ammunition;

    (6)    twenty-two (22) live rounds of Winchester 12 gauge ammunition;

    (7)    seventeen (17) live rounds of Remington 12 gauge ammunition;

    (8)    six (6) live rounds of Federal 12 gauge ammunition; and,

    (9)    one (1) live round of Sellier & Bellot 12 gauge ammunition.

C.     If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
Tommie Brown Hardwick
Assistant United States Attorney

*[signature]*
Matthew W. Shepherd
Assistant United States Attorney